**Opinion issued February 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00447-CV

———————————

**SHA'PEARL ROBINS, Appellant**

**V.**

**TX CYPRESS CREEK LLC, Appellee**

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1250610**

## MEMORANDUM OPINION

Appellant Sha'Pearl Robins' brief was due to be filed on September 3, 2025. On October 1, 2025, the Court issued a notice informing appellant that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to the Court's notice.

Accordingly, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.